# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONTRALE DEMARKO PHILLIPS

NO. 2019 KW 1233

NOV 25 2019

In Re:   Dontrale Demarko Phillips, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 14-WCR-365.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT